| AO 10<br>Rev. 1/2019 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2018 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>Hardiman, Thomas M. | 2. Court or Organization<br><br>U. S. Court of Appeals | 3. Date of Report<br><br>5/09/2019 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>    magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge-Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2018<br>to<br>12/31/2018 |

**7. Chambers or Office Address**

2270 Joseph F. Weis Jr. U.S. Courthouse
700 Grant Street
Pittsburgh, PA 15219

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Big Brothers Big Sisters of Greater Pittsburgh, Inc. |
| 2. | Adjunct Law Professor | Duquesne Law School |
| 3. | Member | Georgetown Law, Board of Visitors |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2018 | Duquesne Law School - teaching | $2,682.70 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2018 | The First City Company |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | The Federalist Society | March 8-11, 2018 | Washington, DC | Symposium (Speaker) | Lodging/Transportation/Meals |
| 2. | New England Law School | April 6-April 9, 2018 | Boston, MA | Speaker | Lodging/Transportation/Parking/Meals |
| 3. | Academy of Trial Lawyers of Allegheny County | October 3-October 4, 2018 | Farmington, PA | Attend Professional Association Conference | Lodging/Meals |
| 4. | The Federalist Society | October 5-October 7, 2018 | Princeton, NJ | Speaker | Lodging/Transportation/Parking/Meals |
| 5. | The Federalist Society | November 15-16, 2018 | Washington, DC | Convention (Speaker) | Lodging/Transportation/Parking/Meals |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.  PNC Checking Account | A | Interest | L | T | | | | | |
| 2.  PNC Money Market Acct. | A | Interest | M | T | | | | | |
| 3.  Vanguard Prmpcp Mut. Fund (MF) | C | Dividend | M | T | | | | | |
| 4.  Vanguard Prime Money Market | C | Interest | N | T | | | | | |
| 5.  Fulton Financial Stk (CS) | A | Dividend | K | T | | | | | |
| 6.  WELLS FARGO EQUITY ACCT-holdings transferred to Wells Fargo Bond Acct | | | | | Closed | | | | |
| 7.  WELLS FARGO BOND ACCT | | | | | | | | | |
| 8.  Wells Fargo MM Account | A | Interest | J | T | | | | | |
| 9.  Alphabet Inc. Class A-Moved to Wells Fargo Bond Acct | | None | L | T | | | | | |
| 10. Alphabet Inc. Class C-Moved to Wells Fargo Bond Acct | | None | L | T | | | | | |
| 11. Bank New York Mellon CS--Moved to Wells Fargo Bond Acct | B | Dividend | L | T | | | | | |
| 12. Berkshire Hathaway-- Moved to Wells Fargo Bond Acct | | None | M | T | | | | | |
| 13. Citigroup--Moved to Wells Fargo Bond Acct | B | Dividend | L | T | | | | | |
| 14. Duke Energy PF | A | Dividend | K | T | | | | | |
| 15. JP Morgan Chase CS--Moved to Wells Fargo Bond Acct | C | Dividend | M | T | | | | | |
| 16. T. Mobile--Moved to Wells Fargo Bond Acct | | None | L | | | | | | |
| 17. Tweny-First Century CLA--Moved to Wells Fargo Bond Acct | B | Dividend | M | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. US Bancorp CS--Moved to Wells Fargo Bond Acct | B | Dividend | K | T | | | | | |
| 19. Eaton Vance En. Equity MF | A | Dividend | J | T | | | | | |
| 20. Eaton Vance Gr. India MF | B | Dividend | K | T | | | | | |
| 21. Guggenheim Credit Allocation Fd | C | Dividend | K | T | | | | | |
| 22. Investment Co. of America MF | C | Dividend | M | T | | | | | |
| 23. Monroeville PA Mun. | A | Interest | K | T | | | | | |
| 24. Octorara PA Area | B | Interest | K | T | | | | | |
| 25. Pennsylvania HSG | A | Interest | K | T | Redeemed | 04/01/18 | K | A | |
| 26. ENBRIDGE (f/k/a Spectra Energy Corp) | A | Dividend | J | T | | | | | |
| 27. Garnet Valley PA School District Bond | A | Interest | K | T | | | | | |
| 28. Carroll Twp PA Auth. Swr Bond | A | Interest | K | T | | | | | |
| 29. Washington Mutual Invest. MF | C | Dividend | M | T | | | | | |
| 30. Capital World Income MF | A | Dividend | K | T | | | | | |
| 31. Europacific Growth MF | A | Dividend | K | T | | | | | |
| 32. New Perspective FDA MF | A | Dividend | K | T | | | | | |
| 33. Lord Abbett Inv. Trust C Class | A | Dividend | J | T | Sold | 11/07/18 | J | A | |
| 34. Lord Abbett Inv. Trust Class A | D | Dividend | M | T | Sold | 11/07/18 | M | A | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lord Abbett Equity Trust Calibrated Mid Cap | B | Dividend | L | T | | | | | |
| 36. Lord Abbett Secs Trust Growth Leaders Fund | | None | L | T | | | | | |
| 37. Flaherty & Crumrin | C | Dividend | L | T | | | | | |
| 38. MFS SER Trust III Mun High Income Class A | A | Dividend | J | T | | | | | |
| 39. MFS Global Total Rtn Fund Class A | B | Dividend | M | T | | | | | |
| 40. MFS Growth Class A | | None | N | T | | | | | |
| 41. MFS Mid Cap Value | B | Dividend | M | T | | | | | |
| 42. MFS Municipal Limited Maturity Fund | D | Dividend | N | T | Sold (part) | 11/07/18 | L | A | |
| 43. | | | | | Sold (part) | 11/09/18 | L | A | |
| 44. | | | | | Buy (add'l) | 11/09/18 | L | | |
| 45. MFS Utilities Fund | D | Dividend | M | T | | | | | |
| 46. MFS Global Equity Fund Class A | C | Dividend | M | T | | | | | |
| 47. MFS International Growth Fund | B | Dividend | M | T | | | | | |
| 48. MFS International Value Fund | B | Dividend | M | T | | | | | |
| 49. Putnam Equity Spectrum | | None | M | T | Sold | 11/07/18 | M | C | |
| 50. AMCAP Fund | A | Dividend | L | T | | | | | |
| 51. Fundamental Investors | A | Dividend | L | T | Sold (part) | 12/20/18 | L | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Growth Fund of America | A | Dividend | L | T | Buy (add'l) | 02/08/18 | L | | |
| 53. | | | | | Sold | 12/21/18 | L | B | |
| 54. Short Term Bd Fund America Class A | A | Dividend | J | T | Sold (part) | 11/07/18 | O | A | |
| 55. Pioneer SER TR II AMT Free Municipal Fund CLA | D | Dividend | O | T | Buy | 11/07/18 | O | | |
| 56. AB Muni Inc FD National Portfolio | D | Dividend | O | T | Buy | 11/07/18 | O | | |
| 57. American Funds Developing World Growth Income | B | Dividend | L | T | Buy | 11/07/18 | M | | |
| 58. Capital Income Builder | C | Dividend | M | T | Buy | 12/20/18 | M | | |
| 59. 401(k) ACCOUNT #1A | | | | | | | | | |
| 60. Lg. Value Equity MF (Dodge & Cox) | A | Dividend | L | T | | | | | |
| 61. Lg. Value Growth (T. Rowe Price) | A | Dividend | L | T | | | | | |
| 62. Mid Cap Value (renamed Janus Henderson Mid Cap Value) | A | Dividend | K | T | | | | | |
| 63. International Value II (Dodge & Cox) | A | Dividend | K | T | | | | | |
| 64. Invesco International Growth | A | Dividend | K | T | | | | | |
| 65. 401(k) ACCOUNT #2 | | | | | | | | | |
| 66. Merrill Lynch Account | A | Interest | J | T | | | | | |
| 67. Central Europe & Russia MF | A | Dividend | J | T | | | | | |
| 68. Century Link | D | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

[ ] **NONE** *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Citigroup CS | A | Dividend | J | T | | | | | |
| 70. General Electric CS | A | Dividend | J | T | | | | | |
| 71. Sirius XM | A | Dividend | K | T | Buy | 04/02/18 | J | | |
| 72. | | | | | Buy (add'l) | 11/20/18 | J | | |
| 73. | | | | | Buy (add'l) | 12/21/18 | J | | |
| 74. TRUST #1 | | | | | | | | | |
| 75. Wells Fargo Account | A | Interest | J | T | | | | | |
| 76. AMCAP MF | A | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |
| 77. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 78. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 79. Capital World Gr. & Income MF | B | Dividend | L | T | Buy (add'l) | 03/22/18 | J | | |
| 80. Europacific Growth MF | A | Dividend | L | T | | | | | |
| 81. Fundamental Inv. MF | B | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |
| 82. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 83. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 84. Growth Fund of America MF | B | Dividend | M | T | | | | | |
| 85. Investment Co. of America MF | C | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 87. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 88. New Perspective MF | B | Dividend | M | T | | | | | |
| 89. Washington Mutual Inv. MF | C | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |
| 90. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 91. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 92. Short Term Bd Fund America Class A | A | Interest | J | T | Sold (part) | 01/02/18 | J | A | |
| 93. | | | | | Sold (part) | 02/01/18 | J | A | |
| 94. | | | | | Sold (part) | 02/06/18 | J | A | |
| 95. TRUST #2 | | | | | | | | | |
| 96. Wells Fargo Account | A | Interest | J | T | | | | | |
| 97. AMCAP MF | A | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |
| 98. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 99. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 100. Capital World Gr. & Income MF | B | Dividend | L | T | Buy (add'l) | 03/22/18 | J | | |
| 101. Europacific Growth MF | B | Dividend | L | T | | | | | |
| 102. Fundamental Inv. MF | B | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)_

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 104. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 105. Growth Fund of America MF | A | Dividend | L | T | Buy (add'l) | 03/23/18 | J | | |
| 106. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 107. | | | | | Buy (add'l) | 05/23/18 | J | | |
| 108. Investment Co. of America MF | B | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |
| 109. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 110. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 111. New Perspective MF | B | Dividend | M | T | | | | | |
| 112. Washington Mutual Inv. MF | B | Dividend | M | T | Buy (add'l) | 01/02/18 | J | | |
| 113. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 114. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 115. Short Term Bd Fund America Class A | A | Interest | J | T | Sold (part) | 01/02/18 | J | A | |
| 116. | | | | | Sold (part) | 02/01/18 | J | A | |
| 117. | | | | | Sold (part) | 02/06/18 | J | A | |
| 118. TRUST #3 | | | | | | | | | |
| 119. Wells Fargo Account | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. AMCAP MF | A | Dividend | L | T | Buy (add'l) | 01/02/18 | J | | |
| 121. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 122. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 123. Capital World Gr. & Income MF | B | Dividend | M | T | | | | | |
| 124. Europacific Growth MF | B | Dividend | L | T | | | | | |
| 125. Fundamental Inv. MF | B | Dividend | L | T | Buy (add'l) | 01/02/18 | J | | |
| 126. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 127. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 128. Growth Fund of America MF | A | Dividend | L | T | Buy (add'l) | 03/23/18 | J | | |
| 129. | | | | | Buy (add'l) | 04/23/18 | J | | |
| 130. | | | | | Buy (add'l) | 05/23/18 | J | | |
| 131. Investment Co. of America MF | B | Dividend | L | T | Buy (add'l) | 01/02/18 | J | | |
| 132. | | | | | Buy (add'l) | 02/01/18 | J | | |
| 133. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 134. New Perspective MF | B | Dividend | M | T | | | | | |
| 135. Washington Mutual Inv. MF | B | Dividend | L | T | Buy (add'l) | 01/02/18 | J | | |
| 136. | | | | | Buy (add'l) | 02/01/18 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Buy (add'l) | 02/06/18 | J | | |
| 138. Short Term Bd Fund America Class A | A | Interest | J | T | Sold (part) | 01/02/18 | J | A | |
| 139. | | | | | Sold (part) | 02/01/18 | J | A | |
| 140. | | | | | Sold (part) | 02/06/18 | J | A | |
| 141. TRUST #4 | | | | | | | | | |
| 142. Wells Fargo Account | A | Interest | J | T | | | | | |
| 143. AMCAP MF | B | Dividend | M | T | | | | | |
| 144. Fundamental Inv. MF | B | Dividend | M | T | Sold (part) | 03/21/18 | J | D | |
| 145. Growth Fund of America MF | B | Dividend | M | T | Sold (part) | 03/21/18 | J | D | |
| 146. Investment Co. of America MF | C | Dividend | M | T | | | | | |
| 147. New Perspective MF | B | Dividend | M | T | | | | | |
| 148. Washington Mutual Inv. MF | C | Dividend | M | T | | | | | |
| 149. TRUST #5 | | | | | | | | | |
| 150. Wells Fargo Bank Account | A | Interest | L | T | | | | | |
| 151. AMCAP MF | A | Dividend | L | T | | | | | |
| 152. Capital Income Builder MF | B | Dividend | K | T | | | | | |
| 153. Capital World Gr. & Income MF | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Eaton Vance Gr. India MF | C | Dividend | L | T | | | | | |
| 155. INTL Growth & Income MF | A | Dividend | K | T | | | | | |
| 156. Fundamental INVS Inc. MF | A | Dividend | L | T | | | | | |
| 157. Growth Fund of America MF | A | Dividend | L | T | | | | | |
| 158. Investment Co. of America MF | B | Dividend | L | T | | | | | |
| 159. MFS Municipal Limited Maturity Fund Class A | C | Dividend | M | T | | | | | |
| 160. Washington Mutual Investors | A | Dividend | K | T | | | | | |
| 161. JJ Lorick LLC | | None | P1 | T | | | | | |
| 162. New Perspectives FD Inc. MF | A | Dividend | K | T | | | | | |
| 163. Short Term Bd Fund America Class A | B | Dividend | L | T | | | | | |
| 164. Alphabet Inc. Class A | | None | K | T | | | | | |
| 165. Alphabet Inc. Class C | | None | K | T | | | | | |
| 166. Bank of NY Mellon | A | Dividend | K | T | | | | | |
| 167. Berkshire Hathaway | | None | L | T | | | | | |
| 168. Citigroup | B | Dividend | K | T | | | | | |
| 169. JPMorgan Chase CS | B | Dividend | K | T | | | | | |
| 170. US Bancorp CS | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 171. REAL ESTATE PARTNERSHIP | | | | | | | | | |
| 172. West Moon Twp. Assoc. | E | Distribution | M | U | | | | | |
| 173. FC Donegal Assoc. | G | Distribution | P1 | U | | | | | |
| 174. McIntyre Square Assoc. | D | Distribution | L | U | | | | | |
| 175. Madison NM | E | Distribution | M | U | | | | | |
| 176. WELLS FARGO ACCOUNT: REVOCABLE TRUST | | | | | | | | | |
| 177. AMCAP MF | B | Dividend | M | T | | | | | |
| 178. Capital World Growth & Income Fd | B | Dividend | M | T | | | | | |
| 179. Fudamental Inv. MF | C | Dividend | M | T | | | | | |
| 180. Growth Fund America | B | Dividend | M | T | | | | | |
| 181. Lord Abbett Invt Tr | D | Dividend | N | T | Sold | 11/07/18 | M | A | |
| 182. MFS Municipal Limited Maturity Fund | C | Dividend | M | T | Sold (part) | 11/07/18 | O | A | |
| 183. New Perspective Fd | B | Dividend | M | T | | | | | |
| 184. Smallcap World | | | M | T | | | | | |
| 185. Short Term Bd Fd Amer | A | Dividend | L | T | Sold | 11/07/18 | L | A | |
| 186. Wash Mut Invs Fd | C | Dividend | M | T | | | | | |
| 187. AB Municipal Income National Portfolio | D | Dividend | O | T | Buy | 11/07/18 | O | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. Pioneer SER TR II AMT-Free Municipal Fund CLA | D | Dividend | O | T | Buy | 11/07/18 | O | | |
| 189. TRUST #6 | | | | | | | | | |
| 190. Growth Fund America | A | Dividend | L | T | Sold (part) | 02/21/18 | J | | |
| 191. Fundamental Invs. Inc. Class A | A | Dividend | L | T | | | | | |
| 192. AMCAP Fund Inc. Class A | A | Dividend | L | T | | | | | |
| 193. Wells Fargo MM | A | Dividend | J | T | | | | | |
| 194. ANNUITIES | | | | | | | | | |
| 195. PNC Fixed Annuity | A | Interest | J | T | | | | | |
| 196. Security Benefit Fixed Annuity | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hardiman, Thomas M. | 5/09/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ **Thomas M. Hardiman**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544